IN THE UNITED STATES DISTRICT COURT FOR
THE EASTERN DISTRICT OF VIRGINIA
NORFOLK DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 2:19CR00002-001 |
| | ) | |
| RONALD A. VILLANUEVA, | ) | |
| Defendant. | ) | |

**DEFENDANT RONALD A. VILLANUEVA'S NOTICE OF
INTENT TO CALL CHARACTER WITNESSES**

COMES NOW defendant Ronald A. Villanueva, by undersigned counsel, and notifies this Court of his intent to call certain character witnesses for his sentencing hearing. Specifically, defendant intends to call the following witnesses for the purpose of offering testimony about his character:

1. Dr. Bill Magee

2. Dorothy ("Dot") Wood

3. Naomi Estaris

4. Delceno Miles

                                                              Respectfully submitted,

                                                              RONALD A. VILLANUEVA

                                                              By:/s/ *Thomas J. Bondurant, Jr.*
                                                                            Of Counsel

Thomas J. Bondurant, Jr. (VSB No. 18894)
Jennifer S. DeGraw (VSB No. 89962)
GENTRY LOCKE
900 SunTrust Plaza

P.O. Box 40013
Roanoke, Virginia  24022-0013
(540) 983-9300
Fax: (540) 983-9400
bondurant@gentrylocke.com

Counsel for Defendant

### CERTIFICATE OF SERVICE

  I hereby certify that on June 27, 2019, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                By: */s/ Thomas J. Bondurant, Jr.*
                   Of Counsel

29054/1/8914891v1