# UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF VIRGINIA

**FERNANDO GALINDO**  
**CLERK OF COURT**

**MARK S. DAVIS**  
**CHIEF JUDGE**

October 8, 2019

Alan Mark Salsbury  
United States Attorney's Office  
101 W. Main Street, Suite 8000  
Norfolk, Virginia 23510

    Re:    **Release of Exhibits: <u>USA v. Ronald A. Villanueva</u>**  
             **Criminal Number: 2:19cr2**

      Pursuant to Local Rule 55, as amended September 1, 2000, the following exhibits entered in the above case are available for release to Government Counsel:

**Paper Exhibits from Sentencing Hearing on 7/2/2019**

      Please acknowledge receipt of these exhibits on the attached copy of this letter within ten (10) days from the above date.

                                    **FERNANDO GALINDO, Clerk of Court**

                                    **BY:** _____/s/_____

                                    T. Armstrong, Deputy Clerk

_[signature]_  
**(Signature of AUSA)**

_10-9-19_  
**Date Exhibits Received**